IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN H. WARREN, #642260 | § | |
| VS. | § | CIVIL ACTION NO. 2:05cv192 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the motion to proceed *in forma pauperis* (dkt. #2) is denied as moot and this action is **DISMISSED WITH PREJUDICE**; and **ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 27th day of June, 2005.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**